# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                             )
    KYLE W. SAUTER and                        )
    LAURA J. SAUTER,                              )   Case No. 19-80579
                                                                )
    Debtors.                                             )   Chapter 13

## MOTION TO DISMISS FOR
## FAILURE TO MAKE PLAN PAYMENTS

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee for the Trustee's Motion to Dismiss for Failure to Make Plan Payments states to the Court as follows:

1. Marsha L. Combs-Skinner is the duly appointed Trustee for the above captioned case.

2. This Plan is not confirmed. Proposed Plan payments were to be in the amount of $1,184.00.

3. As of the date of the filing of this Motion, the Debtors have failed to make several payments, as required under the Plan and now owe $3,534.00.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the Court Grant the Trustee's Motion to Dismiss Chapter 13 for Failure to Make Plan Payments.

Respectfully Submitted,

/s/Marsha L. Combs-Skinner
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee in Bankruptcy
108 S. Broadway
P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Marsha@ch13cdil.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon, Michael J. Meyers, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on September 30, 2019, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Kyle W. Sauter
Laura J. Sauter
1731 W. Geneva
Peoria, IL 61615

By: /s/ Marsha L. Combs-Skinner
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee