Form prelfsty

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*  Kyle W Sauter and Laura J. Sauter
*Debtor(s)*

*Case No.:* 19–80579

*Chapter* 13

---

**Notice of Preliminary Hearing**

Notice is hereby provided that a hearing on the request of Flagstar Bank, FSB for Relief from the Automatic Stay and/or Adequate Protection has been set for 1/6/20 at 01:30 PM in Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602.

The debtor(s) shall file a response with the Court and serve a copy on the attorney for the moving party not later than five (5) days prior to the hearing. Failure to file a response shall be deemed a statement of no opposition to the relief requested and an order granting the requested relief may be entered at the hearing.

Dated: 12/13/19

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.