UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IN RE:                                    )
                                          )
KYLE W. SAUTER                            )
LAURA J. SAUTER                           )          CASE NO. 19-80579
                                          )
DEBTORS.                                  )          CHAPTER 13

RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COME the Debtors, Kyle and Laura Sauter, by and through their attorney, Ostling &

Associates, and in response to the Motion for Relief from the Automatic Stay filed by Flagstar Bank,

FSB as servicer for Pingora Loan Servicing, LLC, states as follows:

1.      Debtors admit to the allegations in paragraph 1.

2.      Debtors admit to the allegations in paragraph 2.

3.      Debtors admit to the allegations in paragraph 3.

4.      Debtors admit to the allegations in paragraph 4

5.      Debtors admit to the allegations in paragraph 5.

6.      Debtors admit to the allegations in paragraph 6.

7.      Debtors admit to the allegations in paragraph 7.

8.      Debtors admit to the allegations in paragraph 8.

9.      Debtors admit to the allegations in paragraph 9.

10.     Debtors admit to the allegations in paragraph 10.

11.     Debtors admit to the allegations in paragraph 11.

12.     Debtors admit to the allegations in paragraph 12.

13.   Debtors are currently working on obtaining a mortgage modification. Debtors made a payment of $2,000.00 on December 20, 2019, and would like to cure the delinquency.

WHEREFORE, the Debtors pray for this Honorable Court to consider this Response when deciding upon the Motion for Relief from Automatic Stay.

Respectfully submitted,
Kyle W. Sauter
Laura J. Sauter

December 31, 2019                    By: /s/ Michael J. Meyers
Attorney for Debtor
Ostling & Associates
201 W Olive
Bloomington, IL 61701
(309)-827-3030

CERTIFICATE OF SERVICE

I, April Bryan-Phillips, Bankruptcy Assistant for Ostling & Associates, do hereby certify that a copy of the **Response to Motion for Relief from the Automatic Stay** was mailed to the following individuals on the 31st day of December, 2019 by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois:

<u>/s/ April Bryan-Phillips</u>

Kyle and Laura Sauter
1731 W. Geneva
Peoria, IL 61615

Potestivo & Associates, P.C.
Marc Wagman
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606

Notice of the pleading was electronically mailed to the following individuals:

Marsha Combs-Skinner, Trustee
United States Trustee