Form nthrgcnf

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*   Kyle W Sauter and Laura J. Sauter         *Case No.:* 19–80579
*Debtor*

*Chapter:* 13

---

**PLEASE TAKE NOTICE** that a Confirmation Hearing will be held at

   Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602

   on 2/18/20 at 01:30 PM

to consider and act upon the following:

Confirmation of Amended Plan filed 12/18/2019 & Any Objections Thereto

NOTE: If you have not received a copy of the Amended Plan, you should contact the debtor's attorney and request a copy.

Attorney for Debtor

Michael James Meyers
Ostling & Associates, LTD
201 W. Olive St.
Bloomington, IL 61701

309–827–3030

The amended plan referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).
Dated: 1/7/20

　　　　　　　　　　　　　　　　　　　　　  /S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

   Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.